Tammy Hussin (Bar No. 155290)
HUSSIN LAW
1596 N. Coast Highway 101
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
Email: Tammy@HussinLaw.com

Attorney for Plaintiff, Shaheim McCullough

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shaheim McCullough, | Case No.: 2:20-cv-09339-AB-GJS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Chatsworth Health Fitness, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff, Shaheim McCullough, hereby informs the Court that this matter has settled, and anticipates finalizing the settlement agreement within 21 days.

Respectfully Submitted,

DATED: November 20, 2020      By: /s/Tammy Hussin
                              Tammy Hussin, Esq.
                              HUSSIN LAW
                              Attorney for Plaintiff, Shaheim McCullough

NOTICE OF SETTLEMENT            1