JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shaheim McCullough,<br><br>   Plaintiff,<br><br>v.<br><br>Chatsworth Health Fitness, LLC, et al.,<br><br>   Defendants. | Case No. CV 20-cv-09339-AB-GJS<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 23, 2020    _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.